**EXHIBIT B**

# Exhibit B

| Counterparty | Assumed Contract or Unexpired Lease | Cure Amount if Any |
|---|---|---|
| Asian Golf (a.k.a. Island Golf)<br>1203 Royal Empire Bldg.<br>Pear River Plaza<br>Longkuin Road North<br>Haikou City, PC | .Commission for sale in China | $0 |
| Centaur Asia Pacific (HK) Ltd.<br>10/G Tung Kin Fty. Bldg.<br>196-202 Tsat Tsz Mui Rd.<br>Quarry Bay, Hong Kong | Asia and Australia distributor | $3,141.53 |
| Ewing Irrigation Products<br>3441 E. Harbour Dr.<br>Phoenix, AZ 85034 | Primary US Distributor. | $0 |
| Greens Management Co., LLC<br>18740 S.E. Lakeside Drive<br>Tequesta, FL 33469 | Commissioned for sales to his clients. | $0 |
| Hutton Golf Associates<br>315 Quali Hollow Drive<br>O'Fallon, MO 63368 | Commissioned independent contractor. | $0 |
| Turfgrass Consulting<br>2991 S.W. Murphy Road<br>Palm City, FL 34990 | Commissioned for sales to Nicklaus, Els, Player, etc. | $0 |