IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WESTERN NONWOVENS, INC. *et al.*,[1] | : | Case No. 08-11435 (PJW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Reference Docket No. 695** |

**CERTIFICATE OF NO OBJECTION REGARDING TENTH
MONTHLY FEE APPLICATION OF MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM MAY 1, 2009 THROUGH MAY 31, 2009**

The undersigned, co-counsel to the Official Committee of Unsecured Creditors, in the above captioned chapter 11 cases, hereby certifies that:

1. On June 18, 2009, the Notice (the "Notice") and Tenth Monthly Fee Application of Montgomery, McCracken, Walker & Rhoads, LLP as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2009 Through May 31, 2009 (the "Application) [Docket No. 695] was filed with the Court.

2. Pursuant to the Notice, objections, if any, to the Application were required to have been filed with the Court and served no later than 4:00 p.m. on July 8, 2009 (the "Objection Deadline").

3. The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel. In accordance with the Court's August 4, 2008 Order Granting Motion of the Debtors and Debtors-in-Possession for an Administrative Order

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Western Nonwovens, Inc. (9696); Western Synthetic Fiber, Inc. (1778); Bonded Fiberloft, Inc. (4998); Reliance Products, Inc. (0233); Paltex, Inc. (9988); Mid America Fiber Company, Inc. (2849); Florida Nonwovens, Inc. (1133); and Utah Nonwovens, Inc. (3204).

2448228v1

Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 227], Montgomery, McCracken, Walker & Rhoads, LLP may be paid 80% of the fees and 100% expenses requested in the Application.

Dated: July 9, 2009
Wilmington, Delaware

        MONTGOMERY, McCRACKEN,
         WALKER & RHOADS, LLP

*/s/ Laurie A. Krepto*
Laurie A. Krepto (I.D. No 4109)
1105 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 504-7800

Co-Counsel to the Official Committee of Unsecured Creditors of Western Nonwovens, Inc., *et al.*

2448228v1