**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WESTERN NONWOVENS, INC. *et al.*, [1] | : | Case No. 08-11435 (PJW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Reference Docket No. 516** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST INTERIM
QUARTERLY FEE APPLICATION OF MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JULY 23, 2008 THROUGH SEPTEMBER 30, 2008**

The undersigned, co-counsel to the Official Committee of Unsecured Creditors, in the

above captioned chapter 11 cases, hereby certifies that:

1.      On January 7, 2009, the Notice (the "Notice") and First Interim Quarterly Fee

Application of Montgomery, McCracken, Walker & Rhoads, LLP as Co-Counsel to the Official

Committee of Unsecured Creditors for the Period from July 23, 2008 Through September 30,

2008 (the "Application) [Docket No. 516] was filed with the Court.

2.      Pursuant to the Notice, objections, if any, to the Application were required to have

been filed with the Court and served no later than 4:00 p.m. on January 27, 2009 (the "Objection

Deadline").

3.      The Objection Deadline has passed and no objections appear on the docket or

were served upon the undersigned counsel.  In accordance with the Court's August 4, 2008

Order Granting Motion of the Debtors and Debtors-in-Possession for an Administrative Order

---

[1]      The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification
number, are: Western Nonwovens, Inc. (9696); Western Synthetic Fiber, Inc. (1778); Bonded Fiberloft, Inc. (4998);
Reliance Products, Inc. (0233); Paltex, Inc. (9988); Mid America Fiber Company, Inc. (2849); Florida Nonwovens,
Inc. (1133); and Utah Nonwovens, Inc. (3204).

Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket

No. 227], Montgomery, McCracken, Walker & Rhoads, LLP may be paid all of the fees and

expenses requested in the Application.

Dated: July 9, 2009
Wilmington, Delaware

MONTGOMERY, McCRACKEN,
 WALKER & RHOADS, LLP

/s/ Laurie A. Krepto
Laurie A. Krepto (I.D. No 4109)
1105 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 504-7800

Co-Counsel to the Official Committee of Unsecured
Creditors of Western Nonwovens, Inc., *et al.*

2448435v1