IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WESTERN NONWOVENS, INC., et al.,[1] | ) | Case No. 08-11435 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket No.: 712** |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND BANKRUPTCY RULE 9019 FOR APPROVAL OF COMPROMISE OF CONTROVERSY BETWEEN EMPLOYERS-LOCAL 1167 JOINT PENSION PLAN AND THE DEBTOR, WESTERN SYNTHETIC FIBER, INC., REGARDING PENSION PLAN CLAIMS

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to *Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Bankruptcy Rule 9019 for Approval of Compromise of Controversy Between Employers-Local 1167 Joint Pension Plan and the Debtor, Western Synthetic Fiber, Inc., Regarding Pension Plan Claims* (Docket No. 712) (the "Motion") filed on July 9, 2009. The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than July 29, 2009 at 4:00 p.m. prevailing Eastern Time.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Western Nonwovens, Inc. (9696); Western Synthetic Fiber, Inc. (1778); Bonded Fiberloft, Inc. (4998); Reliance Products, Inc. (0233); Paltex Incorporated (9988); Mid-America Fiber Company, Inc. (2849); Florida Nonwovens, Inc. (1133); and Utah Nonwovens, Inc. (3204). The mailing address for all of the Debtors is 966 E. Sandhill Avenue, Carson, CA 90746.

93214-001\DOCS_DE:139222.23

Accordingly, the Debtors request that the Proposed Order ("Order") submitted herewith as Exhibit A be entered at the Court's earliest convenience; the form of Order submitted herewith differs from the form filed with the Motion solely in the addition to the Order of the docket number of the Motion to the caption of the Order.

Dated: August 3, 2009  PACHULSKI STANG ZIEHL & JONES LLP

/s/ illegible signature

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Michael R. Seidl (Bar No. 3889)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        mseidl@pszjlaw.com
        jfried@pszjlaw.com

Counsel for the Debtors and
Debtors in Possession



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WESTERN NONWOVENS, INC., et al.[5]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-11435 (PJW)<br>) (Jointly Administered)<br>)<br>)<br>) **Re: Docket No. 712** |

**ORDER GRANTING DEBTORS' MOTION PURSUANT TO
11 U.S.C. §§ 105 AND 363 AND BANKRUPTCY RULE 9019 FOR
APPROVAL OF COMPROMISE OF CONTROVERSY BETWEEN
EMPLOYERS-LOCAL 1167 JOINT PENSION PLAN AND THE DEBTOR,
WESTERN SYNTHETIC FIBER, INC., REGARDING PENSION PLAN CLAIMS**

Upon consideration of the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Bankruptcy Rule 9019 for Approval of Compromise of Controversy Between Employers-Local 1167 Joint Pension Plan and the Debtor, Western Synthetic Fiber, Inc., Regarding Pension Plan Claims* (the "Motion")[6] filed by the Western Synthetic Fiber, Inc. ("Western"), one of the captioned debtors and debtors in possession (the "Debtors"); and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and other parties in interest, and may be authorized pursuant to Bankruptcy Rule 9019(a); and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[5] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Western Nonwovens, Inc. (9696); Western Synthetic Fiber, Inc. (1778); Bonded Fiberloft, Inc. (4998); Reliance Products, Inc. (0233); Paltex, Inc. (9988); Mid America Fiber Company, Inc. (2849); Florida Nonwovens, Inc. (1133); and Utah Nonwovens, Inc. (3204). The mailing address for all of the Debtors is 966 E. Sandhill Avenue, Carson, CA 90746.

[6] Capitalized terms not herein defined are defined in the Motion.

2. The Settlement is hereby approved in its entirety.

3. The Debtors are authorized to take such actions and execute and deliver all documents and other instruments that may be reasonably necessary to consummate the terms of the Settlement.

4. This Court retains jurisdiction (i) to issue any order necessary or appropriate for the interpretation, implementation or enforcement of the Settlement, and (ii) over any and all disputes between or among the parties thereto, whether in law or equity, arising out of or relating to the Settlement.

Dated: _____, 2009

_____
Honorable Peter Walsh
United States Bankruptcy Court Judge