# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WESTERN NONWOVENS, INC., et al.,[1] | ) | Case No. 08-11435 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 727 |

**CERTIFICATION OF COUNSEL AND OF NO OBJECTION IN SUPPORT OF
PROPOSED ORDER GRANTING DEBTORS' FOURTH MOTION
FOR AN ORDER PURSUANT TO 11 U.S.C. § 1121(D) EXTENDING THE
TIME PERIODS DURING WHICH THE DEBTORS HAVE THE EXCLUSIVE
RIGHT TO FILE A PLAN AND SOLICIT ACCEPTANCES THERETO**

The undersigned counsel for the above-captioned debtors and debtors in

possession (the "Debtors") hereby certifies that, as of the date hereof, he has received no answer,

objection, or other responsive pleading to the Debtors' Fourth Motion for an Order Pursuant to

11 U.S.C. § 1121(d) Extending the Time Periods During Which the Debtors Have the Exclusive

Right to File a Plan and Solicit Acceptances Thereto (Docket No. 727, the "Motion") filed on

July 16, 2009. The undersigned further certifies that he has caused the review of the Court's

docket in this case and no answer, objection, or other responsive pleading to the Motion appears

thereon. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and

served no later than August 5, 2009, at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax
identification number, are: Western Nonwovens, Inc. (9696); Western Synthetic Fiber, Inc. (1778);
Bonded Fiberloft, Inc. (4998); Reliance Products, Inc. (0233); Paltex Incorporated (9988); Mid-America
Fiber Company, Inc. (2849); Florida Nonwovens, Inc. (1133); and Utah Nonwovens, Inc. (3204). The
mailing address for all of the Debtors is 966 E. Sandhill Avenue, Carson, CA 90746.

Accordingly, the Debtors request that the Proposed Order ("Order") submitted herewith as Exhibit A be entered at the Court's earliest convenience. The form of Order submitted herewith differs from the form filed with the Motion (a) in the addition to the Order of the docket number of the Motion and (b) in certain revisions that address and resolve certain informal comments received from the Official Committee of Unsecured Creditors. A blackline of the proposed Order as compared to the form attached to the Motion is attached hereto as Exhibit B.

Counsel for the Debtors is available upon request should the Court have any questions or concerns with respect to the foregoing.

Dated: August 7, 2009                     PACHULSKI STANG ZIEHL & JONES LLP


                                          /s/ Michael R. Seidl
                                          Laura Davis Jones (Bar No. 2436)
                                          David M. Bertenthal (CA Bar No. 167624)
                                          Michael R. Seidl (Bar No. 3889)
                                          Joshua M. Fried (CA Bar No. 181541)
                                          919 North Market Street, 17th Floor
                                          P.O. Box 8705
                                          Wilmington, DE 19899-8705 (Courier 19801)
                                          Telephone:  (302) 652-4100
                                          Facsimile:  (302) 652-4400
                                          Email:  ljones@pszjlaw.com
                                                  dbertenthal@pszjlaw.com
                                                  mseidl@pszjlaw.com
                                                  jfried@pszjlaw.com

                                          Counsel for the Debtors and Debtors in Possession

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WESTERN NONWOVENS, INC., et al.,[1] | ) | Case No. 08-11435 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related Docket No.: 727 |

## ORDER GRANTING DEBTORS' FOURTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 1121(D) EXTENDING THE TIME PERIODS DURING WHICH THE DEBTORS HAVE THE EXCLUSIVE RIGHT TO FILE A PLAN AND SOLICIT ACCEPTANCES THERETO

Upon the fourth motion (the "Motion")[2] of the above-captioned debtors and

debtors in possession (collectively, the "Debtors") for entry of an order pursuant to section

1121(d) of the Bankruptcy Code extending the Exclusive Periods in which to file a chapter 11

plan and to solicit acceptances thereof; and it appearing that this Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and

this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper

notice of the Motion having been given; and after due deliberation and it appearing that

sufficient cause exists for granting the requested relief; and that the relief requested under the

Motion is in the best interests of the Debtors' estates and creditors; it is hereby

ORDERED that the Motion is granted as modified herein; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Western Nonwovens, Inc. (9696); Western Synthetic Fiber, Inc. (1778); Bonded Fiberloft, Inc. (4998); Reliance Products, Inc. (0233); Paltex, Inc. (9988); Mid America Fiber Company, Inc. (2849); Florida Nonwovens, Inc. (1133); and Utah Nonwovens, Inc. (3204). The mailing address for all of the Debtors is 966 E. Sandhill Avenue, Carson, CA 90746.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

ORDERED that the Debtors' Exclusive Filing Period is extended through and including September 15, 2009; and it is further

ORDERED that the Debtors' Exclusive Solicitation Period is extended through and including November 16, 2009; and it is further

ORDERED that this Order is without prejudice to the Debtors' rights to seek additional extensions of the Exclusive Filing Period and the Exclusive Solicitation Period and is without prejudice to the right of any party to object to any such further extensions; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: _____, 2009

_____
Honorable Peter J. Walsh
United States Bankruptcy Judge

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WESTERN NONWOVENS, INC., et al.,[1] | ) | Case No. 08-11435 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related Docket No.: —727 |

## ORDER GRANTING DEBTORS' FOURTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 1121(D) EXTENDING THE TIME PERIODS DURING WHICH THE DEBTORS HAVE THE EXCLUSIVE RIGHT TO FILE A PLAN AND SOLICIT ACCEPTANCES THERETO

Upon the fourth motion (the "Motion")[2] of the above-captioned debtors and

debtors in possession (collectively, the "Debtors") for entry of an order pursuant to section

1121(d) of the Bankruptcy Code extending the Exclusive Periods in which to file a chapter 11

plan and to solicit acceptances thereof; and it appearing that this Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and

this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper

notice of the Motion having been given; and after due deliberation and it appearing that

sufficient cause exists for granting the requested relief; and that the relief requested under the

Motion is in the best interests of the Debtors' estates and creditors; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Western Nonwovens, Inc. (9696); Western Synthetic Fiber, Inc. (1778); Bonded Fiberloft, Inc. (4998); Reliance Products, Inc. (0233); Paltex, Inc. (9988); Mid America Fiber Company, Inc. (2849); Florida Nonwovens, Inc. (1133); and Utah Nonwovens, Inc. (3204). The mailing address for all of the Debtors is 966 E. Sandhill Avenue, Carson, CA 90746.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

ORDERED that the Motion is granted ~~in its entirety~~as modified herein; and it is further

ORDERED that the Debtors' Exclusive Filing Period is extended through and including ~~October~~September 15, 2009; and it is further

ORDERED that the Debtors' Exclusive Solicitation Period is extended through and including ~~December 14,~~November 16, 2009; and it is further

ORDERED that this Order is without prejudice to the Debtors' rights to seek additional extensions of the Exclusive Filing Period and the Exclusive Solicitation Period and is without prejudice to the right of any party to object to any such further extensions; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: _____, 2009

_____
Honorable Peter J. Walsh
United States Bankruptcy Judge

Document comparison by Workshare Professional on Thursday, August 06, 2009 11:33:11 AM

| Input: | |
|---|---|
| Document 1 ID | pcdocs://docs_de/150761/2 |
| Description | #150761 v2 - wni fourth motion for extension of exclusivity |
| Document 2 ID | pcdocs://docs_de/150761/3 |
| Description | #150761 v3 - wni fourth motion for extension of exclusivity |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| ~~Deletion~~ | |
| ~~Moved from~~ | |
| Moved to | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 6 |
| Deletions | 6 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 12 |