## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WESTERN NONWOVENS, INC. *et al.*, [1] | : | Case No. 08-11435 (PJW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Reference Docket No. 739** |

### CERTIFICATE OF NO OBJECTION REGARDING ELEVENTH MONTHLY FEE APPLICATION OF MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

The undersigned, co-counsel to the Official Committee of Unsecured Creditors, in the above captioned chapter 11 cases, hereby certifies that:

1.      On August 10, 2009, the Notice (the "Notice") and Eleventh Monthly Fee Application of Montgomery, McCracken, Walker & Rhoads, LLP as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2009 Through June 30, 2009 (the "Application) [Docket No. 739] was filed with the Court.

2.      Pursuant to the Notice, objections, if any, to the Application were required to have been filed with the Court and served no later than 4:00 p.m. on August 31, 2009 (the "Objection Deadline").

3.      The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel. In accordance with the Court's August 4, 2008 Order Granting Motion of the Debtors and Debtors-in-Possession for an Administrative Order

---

[1]      The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Western Nonwovens, Inc. (9696); Western Synthetic Fiber, Inc. (1778); Bonded Fiberloft, Inc. (4998); Reliance Products, Inc. (0233); Paltex, Inc. (9988); Mid America Fiber Company, Inc. (2849); Florida Nonwovens, Inc. (1133); and Utah Nonwovens, Inc. (3204).

Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket

No. 227], Montgomery, McCracken, Walker & Rhoads, LLP may be paid 80% of the fees and

100% expenses requested in the Application.

Dated: September 8, 2009
Wilmington, Delaware

<div style="margin-left: 40%;">

MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP


/s/ Laurie A. Krepto
Laurie A. Krepto (I.D. No 4109)
1105 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 504-7800

Co-Counsel to the Official Committee of Unsecured
Creditors of Western Nonwovens, Inc., *et al.*

</div>

2448328v1