## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WESTERN NONWOVENS, INC. *et al.,* [1] | : | Case No. 08-11435 (PJW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Reference Docket No. 747** |

**CERTIFICATE OF NO OBJECTION REGARDING TWELFTH
MONTHLY FEE APPLICATION OF MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JULY 1, 2009 THROUGH JULY 31, 2009**

The undersigned, co-counsel to the Official Committee of Unsecured Creditors, in the

above captioned chapter 11 cases, hereby certifies that:

1.      On August 21, 2009, the Notice (the "Notice") and Twelfth Monthly Fee

Application of Montgomery, McCracken, Walker & Rhoads, LLP as Co-Counsel to the Official

Committee of Unsecured Creditors for the Period from July 1, 2009 Through July 31, 2009 (the

"Application) [Docket No. 747] was filed with the Court.

2.      Pursuant to the Notice, objections, if any, to the Application were required to have

been filed with the Court and served no later than 4:00 p.m. on September 10, 2009 (the

"Objection Deadline").

3.      The Objection Deadline has passed and no objections appear on the docket or

were served upon the undersigned counsel.  In accordance with the Court's August 4, 2008

Order Granting Motion of the Debtors and Debtors-in-Possession for an Administrative Order

---

[1]      The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Western Nonwovens, Inc. (9696); Western Synthetic Fiber, Inc. (1778); Bonded Fiberloft, Inc. (4998); Reliance Products, Inc. (0233); Paltex, Inc. (9988); Mid America Fiber Company, Inc. (2849); Florida Nonwovens, Inc. (1133); and Utah Nonwovens, Inc. (3204).

Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket

No. 227], Montgomery, McCracken, Walker & Rhoads, LLP may be paid 80% of the fees and

100% expenses requested in the Application.

Dated: September 14, 2009
Wilmington, Delaware

<div style="margin-left: 40%;">

MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP


/s/ *Laurie A. Krepto*
Laurie A. Krepto (I.D. No 4109)
1105 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 504-7800

Co-Counsel to the Official Committee of Unsecured
Creditors of Western Nonwovens, Inc., *et al.*

</div>

2448328v1